THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JONATHAN B. KLINCK
Assistant United States Attorney
California Bar Number:   119926
   Federal Building, Suite 7516
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-8561
   Facsimile: (213) 894-7819
   Email: jon.klinck@usdoj.gov

JS-6

Attorneys for Defendants EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services, MICHAEL B. MUKASEY, Attorney General and MICHAEL CHERTOFF, Secretary of Homeland Security

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| XUSHENG XU and CAMILLE DIM HO,<br><br>    Plaintiffs,<br><br>    v.<br><br>EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services, MICHAEL B. MUKASEY, Attorney General and MICHAEL CHERTOFF, Secretary of Homeland Security,<br><br>    Defendants. | Case No. CV 07-05495 ABC (CWx)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br><br><br><br>The Honorable Audrey B. Collins |

    Based on the filed stipulation of counsel, and good cause appearing therefor,

///
///
///
///

IT IS ORDERED that the above-entitled action be dismissed without prejudice, and that each party bear their own attorneys' fees and costs.

DATED: 2/21/08

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,